**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name **CASANAS, PAUL** ———
(Last)            (First)            (Initial)

Prisoner Number **F-08944**

Institutional Address **Pleasant Valley State Prison D1**
**P.O. Box 8504 Coalinga, Ca, 93210**

FILED

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Paul Casanas**
(Enter the full name of plaintiff in this action.)

vs.

**James A. Yates**
**Warden of P.V.S.P**

(Enter the full name of respondent(s) or jailor in this action)

CV  08  2991

Case No.
(To be provided by the clerk of court)

**PETITION FOR A WRIT
OF HABEAS CORPUS**

CW

(PR)

E-filing

---

### Read Comments Carefully Before Filling In

#### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

**Who to Name as Respondent**

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

    (a)    Name and location of court that imposed sentence (for example, Alameda County Superior Court, Oakland):

<u>Humboldt County Superior Court    Eureka</u>

    Court                 Location

    (b)    Case number, if known  <u>Humboldt Sup. Ct NO. CRO52033</u>

    (c)    Date and terms of sentence <u>December 7th 2005  9 years 8 months</u>

    (d)    Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes <u>X</u>    No _____

    Where?

    Name of Institution: <u>Pleasant Valley State Prison</u>

    Address: <u>P.O. Box 8504 Di Coalinga Ca, 93210</u>

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

<u>2 Counts of P.261.5 (C) unlawful sex v/u 18 5/3 yrs. older</u>
<u>3 Counts of Inducing Minor CS-H11380 PC 3058</u>

PET. FOR WRIT OF HAB. CORPUS    - 2 -

3. Did you have any of the following?

Arraignment:              Yes ✓    No _____

Preliminary Hearing:     Yes ✓    No _____

Motion to Suppress:      Yes _____    No _____

4. How did you plead?

Guilty _____   Not Guilty ✓   Nolo Contendere _____

Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

Jury ✓    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?          Yes _____    No ✓

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment            Yes ✓    No _____

    (b)    Preliminary hearing    Yes ✓    No _____

    (c)    Time of plea          Yes ✓    No _____

    (d)    Trial               Yes ✓    No _____

    (e)    Sentencing          Yes ✓    No _____

    (f)    Appeal             Yes ✓    No _____

    (g)    Other post-conviction proceeding  Yes ✓    No _____

8. Did you appeal your conviction?    Yes ✓    No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal          Yes ✓    No _____

        Year: Dec 15th 2005    Result: Lost

        Supreme Court of California    Yes ✗    No _____

        Year: Dec 12th 2007    Result: Denied/review

        Any other court           Yes _____    No ✗

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1          petition?                                    Yes ___X___   No_____

2          (c)     Was there an opinion?               Yes _____   No_____

3          (d)     Did you seek permission to file a late appeal under Rule 31(a)?

4                                                       Yes _____   No ___X___

5          If you did, give the name of the court and the result:

6          _____N/A_____

7          _____

8    9.  Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?          Yes _____   No ___X___

10         [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition.  You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15   U.S.C. §§ 2244(b).]

16         (a)     If you sought relief in any proceeding other than an appeal, answer the following

17                 questions for each proceeding.  Attach extra paper if you need more space.

18         I.      Name of Court: _____N/A_____

19                 Type of Proceeding: _____N/A_____

20                 Grounds raised (Be brief but specific):

21                 a._____

22                 b._____

23                 c._____

24                 d._____

25                 Result: _____N/A_____    Date of Result: __N/A__

26         II.     Name of Court: _____N/A_____

27                 Type of Proceeding: _____N/A_____

28                 Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

b._____

c._____

d._____

Result:_____    Date of Result: ____

III.    Name of Court: _____ N/A _____

Type of Proceeding: _____ N/A _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: ____    Date of Result: ____

IV.    Name of Court: _____ N/A _____

Type of Proceeding: _____ N/A _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: ____    Date of Result: ____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

                        Yes _____    No _X_

Name and location of court: _____ N/A _____

## B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: This Court Should Grant Review to Hold that it is ERROR for a Trial Judge

6  to Interrogate A Juror Concerning His Reasons For mentioning His personal Experience in
   Deliberations, and then Dismiss the Juror based on speculation That the Juror's Remarks were

7  Directed at Nullification Rather that Deliberation.
   Supporting Facts:

8  _____
   Grotemeyer v. Hickman (2004) 393 F.2nd 871, 879-880

9  _____

10 _____

11 Claim Two: This Court Should Grant Review to Hold that A Trial Judge Must Investigate

12 Allegations of Deliberation Juror Misconduct By Questioning All Twelve Jurors

13 Supporting Facts: Rosen v. United States (1918) 245 U.S. 467

14 _____

15 _____

16 _____

17 Claim Three: Petitioner Respectfully Suggests That this Court's Decision In

18 Black II Does not Satisfy the United States Constitution, and Herby Preserves the
   Issue For Future Review

19 Supporting Facts: U.S. v Booker (2005) 533 U.S. 220, 236

20 _____

21 _____

22 _____

23 _____
       If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 Denial of my right to a unanimous jury involved a violation

26 of the Federal Constitution.

27 _____

28 _____

PET. FOR WRIT OF HAB. CORPUS        - 6 -

list by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning of these cases: Thomas, supra, 116 F. 3d at p. 618-619 - Clark V. United States (1933) 289 U.S. 1, 13 [53 S. CT. 465, 77 L. ED. 993]

Olim V. Wakinekona (1983) 461 U.S. 38, 249 [103 S. CT. 1741, 75 L. Ed. 2d 13]
Hicks V. Oklahoma (1980) 447 U.S. 343, 346 [100 S. CT. 2227, 65 L. Ed. 2d 175]
Perez V. marshal (9th Cic 1997) 119 F. 3d 1422, 1426-1428
(Brown, supra, 823 F. 2d at p. 597)

Do you have an attorney for this petition?                    Yes_____    No _X_

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____                    *Paul Casañas*

                    Date                                    Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -



Mr. Paul Casanos F-08944
Pleasant Valley State Prison
P.O. Box 8500 D1-121 Low
Coalinga Ca. 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

UNITED STATES POSTAGE
$01.17⁰
MAILED FROM ZIP CODE 9321

TO: Clerk of the United States
District Court for the Northern District
of California

450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED 36060
JUN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL