E-filing

**FILED**
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Humboldt Sup CT
NO. CR052033
First District CT. AP
No. A112452

Paul Casanas, Plaintiff,

vs.

Defendant.

CASE NO. CV 08 2991 CW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Paul Casanas, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: __N/A__

Employer: __N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No.   - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I don't recall.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No X

    b. Income from stocks, bonds, or royalties?     Yes ___ No X

    c. Rent payments?     Yes ___ No X

    d. Pensions, annuities, or life insurance payments?     Yes ___ No X

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?     Yes X No ___

Spouse's Full Name: Michelle Denise Casanas

Spouse's Place of Employment: disabled / S.S.I

Spouse's Monthly Salary, Wages or Income:
Gross $ ?     Net $ ?

4.     a. List amount you contribute to your spouse's support: $ 0

    b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

5. Do you own or are you buying a home?   Yes ___  No  X

Estimated Market Value: $ N/A    Amount of Mortgage: $ Ø

6. Do you own an automobile?   Yes ___  No  X

Make  Ø    Year  Ø    Model  Ø

Is it financed? Yes N/A  No N/A  If so, Total due: $ Ø

Monthly Payment: $ Ø

7. Do you have a bank account?   Yes ___  No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: N/A
_____

Present balance(s): $ Ø

Do you own any cash?  Yes ___  No  X   Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___  No  X

N/A

8. What are your monthly expenses?

Rent: $ Ø        Utilities: Ø

Food: $ Ø        Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ Ø | $ Ø |
| N/A | $ Ø | $ Ø |
| N/A | $ Ø | $ Ø |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 12th, 08                                   Paul Cosanoo
DATE                                             SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -