E-filing

**FILED**
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08     2991

Paul Casanas            Plaintiff,           CASE NO. _____

vs.

James A. Yates                        PRISONER'S
Warden of P.V.S.P                     APPLICATION TO PROCEED
                        Defendant.    IN FORMA PAUPERIS

I, Paul Casanas F08944, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Ø_____   Net: __Ø_____

Employer: ____Ø_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __McKenny and Sons Construction Co. Eureka Ca.__
5  __date ?__
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                    Yes ___  No _X_
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___  No _X_
12         or royalties?
13    c.   Rent payments?                             Yes ___  No _X_
14    d.   Pensions, annuities, or                    Yes ___  No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___  No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____Ø_____
22  _____

23  3.    Are you married?                             Yes _X_  No ___
24  Spouse's Full Name: __Michelle Casanas__
25  Spouse's Place of Employment: __Ø__
26  Spouse's Monthly Salary, Wages or Income: __S.S.I.__
27  Gross $ __900.00 per Month__  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ __Ø__

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5     J.C - ∅

7   5.    Do you own or are you buying a home?    Yes ___ No ✗
8   Estimated Market Value: $ ∅   Amount of Mortgage: $ ∅
9   6.    Do you own an automobile?    Yes ___ No ✗
10  Make ∅   Year ∅   Model ∅
11  Is it financed? Yes ∅ No ∅  If so, Total due: $ ∅
12  Monthly Payment: $ ∅
13  7.    Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
14  Name(s) and address(es) of bank: ∅
15
16  Present balance(s): $ ∅
17  Do you own any cash? Yes ___ No ✗ Amount: $ ∅
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✗
20  ∅
21  8.    What are your monthly expenses?
22  Rent: $ ∅                 Utilities: ∅
23  Food: $ ∅                 Clothing: ∅
24  Charge Accounts:

25  **Name of Account**        **Monthly Payment**        **Total Owed on This Acct.**
26  ∅                   $ ∅                   $ ∅
27  ∅                   $ ∅                   $ ∅
28  ∅                   $ ∅                   $ ∅

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$1,885.00 Restitution, Humboldt County

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

∅

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 23rd, 08                                    Paul Casanas
DATE                                             SIGNATURE OF APPLICANT

Case Number: CV 08 2991

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Paul Casanas F05444__ for the last six months
[prisoner name]
__Pleasant Valley State Prison__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __5.63__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __6.39__.

Dated: __6/26/08__   _____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                               REPORT DATE: 06/26/08
                                                                      PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PLEASANT VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: DEC. 27, 2007 THRU JUN. 26, 2008

ACCOUNT NUMBER  : F08944                     BED/CELL NUMBER: DFB1FL000000012L
ACCOUNT NAME    : CASANAS, PAUL              ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

   TRAN
DATE  CODE  DESCRIPTION       COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
---- -----  -----------       -------   ---------  --------   -----------   -------
12/27/2007  BEGINNING BALANCE                                                 11.25

ACTIVITY FOR 2008
02/04/09 FC04 DRAW-FAC 4      2819 FAC D                         11.25         0.00
02/04*DD30 CASH DEPOSIT       3169 MR                 11.25                   11.25
02/05*W530 DAMAGES - ID       3248 ID                             5.00         6.25
02/13 FC04 DRAW-FAC 4         3383 FACD                           6.25         0.00
03/13*DD30 CASH DEPOSIT       3878 M/R                11.25                   11.25
04/24*W536 COPAY CHARGE       4043COPAY                           5.00         6.25
05/09 FC04 DRAW-FAC 4         4317 FAC D                          6.25         0.00
05/07*DD30 CASH DEPOSIT       4790 MR                 11.25                   11.25

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/07/05                     CASE NUMBER: CR0520338
COUNTY CODE: HUM                             FINE AMOUNT: $ 2,000.00

       TRANS.
DATE   CODE   DESCRIPTION                     TRANS. AMT.      BALANCE
----   -----  -----------                     -----------      -------
12/27/2007    BEGINNING BALANCE                                1,813.50
02/04/08 DR30 REST DED-CASH DEPOSIT              12.50-        1,801.00
03/13/08 DR30 REST DED-CASH DEPOSIT              12.50-        1,788.50
05/07/08 DR30 REST DED-CASH DEPOSIT              12.50-        1,776.00

                          CURRENT HOLDS IN EFFECT

DATE
PLACED    HOLD
          CODE   DESCRIPTION          COMMENT              HOLD AMOUNT
------   -----  -----------          -------              -----------
06/09/2008 H102 EYEGLASSES HOLD      4325VISION                 33.50
```

[Seal: CALIFORNIA DEPARTMENT OF CORRECTIONS — TRUST OFFICE]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

6/26/08

```
REPORT ID: TS3030   .701                                          REPORT DATE: 06/26/08
                                                                  PAGE NO:       2
                         PLEASANT VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 27, 2007 THRU JUN. 26, 2008

ACCT: F08944          ACCT NAME: CASANAS, PAUL                 ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED

    11.25       33.75        33.75         11.25        33.50          0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE

                                                         22.25-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE

6/26/08



*[Envelope with handwritten signature]*

Case 4:08-cv-02991-CW    Document 4-2    Filed 07/07/2008    Page 2 of 2