Paul Casanas #F-08944
P.V.S.P D1-12 Low
P.O. Box 8504
Coalinga Ca, 93210
Aug 28th, 2008

Filed
~~RECEIVED~~
08 SEP -2 PM 3:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

I filed a petition for a Writ of Habeas Corpus CV 08 2991 CW (PR) on June 17th, 08. On June 23rd, 08 I received a form for In Forma Pauperis. I filled out the form and had the counselor here at P.V.S.P attach a certificate of funds and my trust account statement. It was all mailed to your clerk on July 1st, 2008. I have not received any response from your office. I would like to know when you received it and that my writ is being processed.

I thank you for your time in looking into this case for me.

Respectfully,

Paul Casanas

PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: Paul Casanas
NUMBER: F-08944
HOUSING: D1-126low

Legal Mail

STATE PRISON
GENERATED MAIL

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

02 1A
0004344659
MAILED FROM ZIPCODE 93210
$00.42⁰
AUG 29 2008
PITNEY BOWES
UNITED STATES POSTAGE

94102-3661

08 SEP -2 PM 3: 0

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA